IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RONALD HUGH HUTTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, THE FORMER LANDLORDS AND BUSINESS AFFILIATES, and WRAL NEWS PERSONNEL,<br><br>Defendants. | ) | 1:25-cv-324 |

**ORDER**

On August 6, 2026, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of August, 2026.

William L. Osteen, Jr.
United States District Judge